IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 03-77-BLG-SPW |
| Plaintiff, | CR 03-78-BLG-SPW |
| vs. | ORDER |
| LARRY LOUIS ALVA, | |
| Defendant. | |

Upon the Defendant's Motion for Early Termination of Supervised Release (Doc. 612) pursuant to Title 18 U.S.C. § 3583(e)(1), and good cause being shown,

IT IS HEREBY ORDERED that the Defendant's motion is GRANTED. Larry Louis Alva's term of supervised release is terminated as of the date of this Order.

The Clerk shall notify counsel and the U.S. Probation Office of the making of this Order.

DATED this 26th day of February, 2019.

SUSAN P. WATTERS
United States District Judge

1